

**In The**

# Fourteenth Court of Appeals

---

## NO. 14-24-00528-CV

---

### MERVIS RUIZ RUIZ AND JOSE PEREIRA RUIMWYK, Appellants

### V.

### LAKELAND VILLAGE HOLDING COMPANY, LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1216533**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 22, 2024. The clerk's record was filed August 22, 2024. No brief was filed.

On October 25, 2024, we issued a notice stating that unless appellants filed a brief within ten days the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.